In the Matter of MALIKYE S., an Infant. LIVINGSTON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; HOPE

H., Appellant, et al., Respondent. [855 NYS2d 410]—Appeal from an order of the Family Court, Livingston County (Dennis S. Cohen, J.), entered March 8, 2007 in a proceeding pursuant to Family Court Act article 10. The order, insofar as appealed from, adjudged that Malikye S. is a neglected child and placed respondent Hope H. under the supervision of petitioner for a period of 12 months.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Centra, Lunn, Fahey and Gorski, JJ.